ACA FINANCIAL GUARANTY CORP., Appellant, v GOLDMAN, SACHS & CO., Respondent, et al., Defendants.

Decided October 15, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

INEZ BIELECKI, Appellant, v RICHARD BIELECKI, Respondent.

Submitted August 12, 2013; decided October 15, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.